IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JONATHAN W. CRAIN                                                                                       PLAINTIFF

V.                                                                                   CAUSE NO. 3:17-CV-868-SA-RP

METROPOLITAN SECURITY SERVICES, INC.                                         DEFENDANT

ORDER

Jonathan Crain, an African American male and a Court Security Officer in the United States District Court for the Southern District of Mississippi, filed his Complaint [1] on October 30, 2017. Crain alleges that the Defendant, Metropolitan Security Service, Inc., violated Title VII of the Civil Rights Act when it did not select him for a District Supervisor position. Now before the Court is the Defendant's Motion for Summary Judgment [77], requesting summary judgment in its favor on all of Crain's claims.

For all the reasons fully explained in a separate Memorandum Opinion [101], Walden Security's Motion for Summary Judgment [77] is GRANTED.

SO ORDERED, this the 17th day of September, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE