IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JONATHAN W. CRAIN                                                                                        PLAINTIFF

V.                                                                           CIVIL ACTION NO. 3:17-CV-868-SA-RP

METROPOLITAN SECURITY SERVICES, INC.                                                       DEFENDANT

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court was advised that this action was settled or is in the process of being settled. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action be DISMISSED *without prejudice*. The Court retains complete jurisdiction to vacate this order and reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

This the 4th day of November, 2019.

                                                     /s/ Sharion Aycock
                                                    UNITED STATES DISTRICT JUDGE